IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YURIY S. EPSHTEYN | : | CIVIL ACTION |
| v. | : | |
| COURT OF COMMON PLEAS DELAWARE COUNTY, PA, et al. | : | NO. 14-1046 |

## O R D E R

AND NOW, this 6th day of August 2014, having considered plaintiff's amended complaint (Document No. 6), and in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ Legrome D. Davis
_____
**LEGROME D. DAVIS, J.**